THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Ray Ward, Appellant,
 
 
 

v.

 
 
 
 The Clarendon County Planning and Public Service Commission, Respondents.
 
 
 

Appeal From Clarendon County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2005-UP-398
Submitted June 1, 2005  Filed June 23, 2005

AFFIRMED

 
 
 
 William Ceth Land, of Manning, for Appellant.  
 Ralph F. Cothran, of Manning, for Respondents.
 
 
 

PER CURIAM:  Ray Ward filed this action in circuit court, appealing a decision of the Clarendon County Planning and Public Service Commission.  The circuit court affirmed the Commission.  Ward appeals.  
We affirm[1] pursuant to Rule 220(b)(2), SCACR, and the following authorities:  Restaurant Row Assocs. v. Horry County, 335 S.C. 209, 215-16, 516 S.E.2d 442, 446 (1999) (In zoning cases, a court will refrain from substituting its judgment for that of the reviewing body.); Historic Charleston Found. v. Krawcheck, 313 S.C. 500, 505-06, 443 S.E.2d 401, 405 (Ct. App. 1994) (A decision of a zoning body will not be disturbed on appeal if there is evidence in the record to support its decision.).
AFFIRMED. 
ANDERSON, STILWELL, and WILLIAMS, JJ., concur. 

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.